JAMES M. WAGSTAFFE (95535)
wagstaffe@kerrwagstaffe.com
ADRIAN J. SAWYER (203712)
sawyer@kerrwagstaffe.com
RACHEL A. DODSON (284920)
dodson@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

ALBERT J. NICORA (95827)
anicora@nicoralaw.com
FRANK HESPE (137040)
fhespe@nicoralaw.com
**NICORA & HESPE LLP**
26385 Carmel Rancho Blvd., Ste. 100
Carmel, CA 93923
Telephone: (831) 622-2000
Facsimile: (831) 622-2001

Attorneys for Plaintiff
SUSAN LINTZ, Trustee for The Robert Lintz Trust

IT IS SO ORDERED
Judge Edward J. Davila
10/29/2013

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SUSAN LINTZ, Trustee for The Robert Lintz Trust,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; ONE REVERSE MORTGAGE, LLC and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 13-01757-EJD-PSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Hon. Edward J. Davila |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Susan Lintz, Trustee for the Robert Lintz Trust, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendants Bank of America, N.A and One Reverse Mortgage, LLC.  All parties will bear their own fees and costs.  The Clerk shall close this file.

Date: October 28, 2013                                **KERR & WAGSTAFFE LLP**

By ____/s/_____
ADRIAN J. SAWYER

Attorneys for SUSAN LINTZ, Trustee for The Robert Lintz Trust