1  JAMES M. WAGSTAFFE (95535)
   wagstaffe@kerrwagstaffe.com
2  ADRIAN J. SAWYER (203712)
   sawyer@kerrwagstaffe.com
3  RACHEL A. DODSON (284920)
   dodson@kerrwagstaffe.com
4  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
5  San Francisco, CA 94105-1528
   Telephone: (415) 371-8500
6  Fax: (415) 371-0500

7  ALBERT J. NICORA (95827)
   anicora@nicoralaw.com
8  FRANK HESPE (137040)
   fhespe@nicoralaw.com
9  **NICORA & HESPE LLP**
   26385 Carmel Rancho Blvd., Ste. 100
10 Carmel, CA 93923
   Telephone: (831) 622-2000
11 Facsimile: (831) 622-2001

12 Attorneys for Plaintiff
   SUSAN LINTZ, Trustee for The Robert Lintz Trust

*IT IS SO ORDERED*
*Judge Edward J. Davila*
10/29/2013

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SUSAN LINTZ, Trustee for The Robert Lintz Trust,<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; ONE REVERSE MORTGAGE, LLC and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. CV 13-01757-EJD-PSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Hon. Edward J. Davila |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Susan Lintz, Trustee
2  for the Robert Lintz Trust, hereby gives notice that the above-captioned action is voluntarily
3  dismissed, with prejudice, against Defendants Bank of America, N.A and One Reverse
4  Mortgage, LLC.  All parties will bear their own fees and costs.  The Clerk shall close this file.

Date: October 28, 2013　　　　　　　　　　**KERR & WAGSTAFFE LLP**

By ____/s/_____
　　ADRIAN J. SAWYER

Attorneys for SUSAN LINTZ, Trustee for The Robert Lintz Trust